1  KENNETH S. MILLER (State Bar No. 285297)
   ksm@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  AUSTIN B. KENNEY (State Bar No. 242277)
   abk@severson.com
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

10
   Attorneys for Defendant
11 BANK OF AMERICA, N.A.

12          **UNITED STATES DISTRICT COURT**

13   **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| 14  JAMES CHEN, | Case No. 2:19-cv-06941 |
| 15          Plaintiff, | Hon.<br>Ctrm. |
| 16     vs. | **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441 (a)** |
| 17  BANK OF AMERICA, N.A.;<br>SYNCHRONY BANK N.A.; GEMINI<br>18  TRUST COMPANY, LLC; and DOES<br>1 – 100 Inclusive, | |
| 19          Defendants. | Action Filed:   July 1, 2019<br>Removal Date:<br>Trial Date:    None Set |
| 20 | |

21

22

23

24

25

26

27

28

70001.0569/14980446.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1441(a), and 1446, Defendant BANK OF AMERICA, N.A. ("BANA") hereby removes the above captioned action from the Superior Court of the State of California, in the County of Los Angeles, to the United States District Court for the Central District of California, Southern Division. BANA alleges that it is entitled to removal pursuant to 28 U.S.C. §1331, 1441(a) based upon federal question jurisdiction. Co-Defendant Synchrony Bank, N.A. ("Synchrony") consents to and joins in the removal.  Co-Defendant Gemini Trust Co., LLC ("Gemini") consents to the removal.

## I.  THIS COURT HAS ORIGINAL JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C. § 1331

1.     BANA and Synchrony are named in the Complaint filed on July 1, 2019, by Plaintiff James Chen ("Plaintiff") in the Superior Court of the State of California, in the County of Los Angeles Case No. 19STCV23170, entitled *James Chen v. Bank of America, N.A., et al.* ("State Court Action").

2.     The Complaint in the State Court Action alleges several claims against BANA and Synchrony, including causes of action for the violations of the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. §1693, et seq.

3.     None of BANA, Synchrony or Gemini have yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4.     This notice of removal is timely under 28 U.S.C. §1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because this removal is within one year of the filing of the action, and it was filed within 30 days of when BANA and Synchrony were served with the Complaint on July 10, 2019.

5.     Venue in this Court is proper pursuant to 28 U.S.C. §§84(c) and 1441(a), (b) because the United States District Court for the Central District of California is the federal judicial district and division embracing the Superior Court of California for the County of Los Angeles, where the State Court Action was filed.

6.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a) & (c) because it arises under the EFTA, 15 U.S.C. §1693, et seq. *See, e.g.*, Compl. ¶¶71-88 (asserting EFTA claims against BANA and Synchrony).

7.     This Court has supplemental jurisdiction over all other claims asserted by Plaintiff, including those claims asserted against Gemini, pursuant to 28 U.S.C. §1367(a) and 28 U.S.C. §1441(c).

8.     As required by 28 U.S.C. §1446(d), BANA will provide written notice of the removal of this action to counsel for Plaintiff, counsel for defendants, and to the Los Angeles County Superior Court.

9.      All co-Defendants - Synchrony Bank, N.A. and Gemini Trust Company, LLC - have consented to this removal.  Synchrony has further joined in the removal.

10.    Pursuant to 28 U.S.C. §1446(a), attached as **Exhibit 1** are accurate copies of all papers on file with the Los Angeles Superior Court in the State Court Action as of August 8, 2019.

WHEREFORE, BANA prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this Notice of Removal, Kenneth S. Miller, attests that all other signatories listed below, and on

1  whose behalf the filing is submitted, concur in the filing's content and have
2  authorized the filing.

3

4  DATED:  August 9, 2019          SEVERSON & WERSON
5                                  A Professional Corporation

6
7                                  By:    _/s/ Kenneth S. Miller_
                                          Kenneth S. Miller
8
9                                  Attorneys for Defendant BANK OF
                                   AMERICA, N.A.
10

11 DATED:  August 9, 2019          JENNER & BLOCK, LLP

12

13
14                                 By:    _/s/ Jeffrey A. Atteberry_
                                          Jeffrey A. Atteberry
15
16                                 Attorneys for Defendant SYNCHRONY
                                   BANK, N.A.
17

18 DATED:  August 9, 2019          THE MEADE FIRM

19

20
                                   By:    _/s/ Tyler Meade_
21                                        Tyler Meade

22                                 Attorneys for Defendant GEMINI TRUST
23                                 COMPANY, LLC

24

25

26

27

28