1  Tyler R. Meade (SBN 160838)
     *tyler@meadefirm.com*
2  Samuel Ferguson (SBN 270957)
3    *sam@meadefirm.com*
   Anne Decker (SBN 268435)
4    *annie@meadefirm.com*
   Seena Forouzan (SBN 317777)
5    *seena@meadefirm.com*
   THE MEADE FIRM P.C.
6  12 Funston Ave., Suite A
7  San Francisco, CA 94129
   Tel. (415) 724-9600
8  Fax. (415) 510-2544

9  Attorneys for Defendant
   GEMINI TRUST COMPANY
10

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHEN,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.;<br>SYNCHRONY BANK N.A.;<br>GEMINI TRUST COMPANY, LLC;<br>and DOES 1-100 Inclusive,<br><br>          Defendants. | Case No. 2:19-cv-06941-MWF-SK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND APPLICATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY |
| 3 | ORERED THAT: |
| 4 | The deadline for Defendants Bank of America, N.A. and Gemini Trust |
| 5 | Company, LLC to respond to the Complaint is extended until September 16, 2019 |
| 6 | so that the parties may continue discussions concerning whether to submit this case |
| 7 | to arbitration. |
| 8 | SO ORDERED. |
| 9 | Dated: September___, 2019        **DENIED AS MOOT** |
| 10 |         Hon. Michael W. Fitzgerald<br>        United States District Court Judge |