1  Vahe Khojayan (SBN 261996)
2  KG Law, APC
   1010 N. Central Ave. Ste 450
3  Glendale, CA  91202
4  Tel: (818) 245-1340
   Fax: (818) 245-1341
5  E-mail: vahe@kglawapc.com

6

7  Attorneys for Plaintiff JAMES CHEN

8

9
                    **UNITED STATES DISTRICT COURT**
10
         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
11

12

13 JAMES CHEN,                          Case No.: 2:19-cv-06941-MFW-SK

14           Plaintiff,                  Hon: Michael Fitzgerald

15

16 vs.

17                                       **STIPULATION DISMISSING THE
                                         ENTIRE ACTION WITH
18 BANK OF AMERICA, N.A.;                PREJUDICE [FED. R. CIV. P.
   SYNCHRONY BANK, N.A.; GEMINI          41(a)(1)(A)(ii)]**
19 TRUST COMPANY, LLC; and DOES
20 1 – 100 Inclusive.

21

22

23           Defendants

24

25

26

27

28

                                        1

**STIPULATION DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

1   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff James Chen, and
2  Defendants Bank of America, N.A., Synchrony Bank and Gemini Trust Company,
3  LLC hereby stipulate to dismiss this action as against all defendants with
4  prejudice, with each party to bear its own attorneys' fees and costs.

5

6  DATED:  September 15, 2020        KG LAW, APC

7

8                                    By:   /s/ Vahe Khojayan
9                                        Vahe Khojayan, Attorney for Plaintiff
10                                       James Chen

11

12  DATED:  September 15, 2020        SEVERSON & WERSON

13

14                                   By:   /s/ Kenneth S. Miller
15                                       Kenneth S. Miller, Attorneys for Defendant
16                                       Bank of America, N.A.

17

18  DATED:  September 15, 2020        THE MEADE LAW FIRM

19

20                                   By:   /s/ Tyler Meade
21                                       Tyler Meade, Attorneys for Defendant
22                                       Gemini Trust Company, LLC

23

24  DATED:  September 15, 2020        JENNER & BLOCK

25

26                                   By:   /s/ Joseph L. Noga
27                                       Joseph L. Noga, Attorneys for Defendant
28                                       Synchrony Bank

2

**STIPULATION DISMISSING THE ENTIRE ACTION WITH PREJUDICE**