1  Vahe Khojayan (SBN 261996)
2  KG Law, APC
   1010 N. Central Ave. Ste 450
3  Glendale, CA  91202
4  Tel: (818) 245-1340
   Fax: (818) 245-1341
5  E-mail: vahe@kglawapc.com

6

7  Attorneys for Plaintiff JAMES CHEN

8

JS-6

9

10                    **UNITED STATES DISTRICT COURT**

11         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13  JAMES CHEN,                          Case No.: 2:19-cv-06941-MFW (SKx)

              Plaintiff,
14                                        Hon: Michael Fitzgerald

15

16  vs.                                   **ORDER DISMISSING THE
                                          ENTIRE ACTION WITH
17                                        PREJUDICE**

18  BANK OF AMERICA, N.A.;
19  SYNCHRONY BANK, N.A.; GEMINI
    TRUST COMPANY, LLC; and DOES
20  1 – 100 Inclusive.

21

22
              Defendants
23

24

25

26

27

28

                                        1

**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

1    Pursuant to the Stipulation of the Parties under Fed. R. Civ. P.

2  41(a)(1)(A)(ii), the Court hereby orders as follows:

3       1.  This case is dismissed with prejudice.

4       2.  Each party shall bear its own attorneys' fees and costs.

5

6       IT IS SO ORDERED.

7

8  Dated:  September 16, 2020    _____

9                                Michael W. Fitzgerald
                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**